IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-1465 (RC) |
| CHARLES F. BOLDEN, JR., ) | |
| Administrator, National Aeronautics ) | |
| and Space Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION
OF TIME , *NUNC PRO TUNC***

COMES NOW Plaintiff Donald S. Johnson, by and through undersigned counsel, and submits his motion for an extension of time to file his opposition to Defendant's motion for summary judgment in this matter. Plaintiff seeks an extension to January 30, 2017.

As grounds for this motion, Plaintiff hereby states as follows:

1. In August 2016, Plaintiff's son, Donald S. Johnson, Jr., was murdered. Plaintiff Johnson and his family have not had sufficient time to properly grieve, and with the Holiday season approaching, it is even more difficult for Mr. Johnson to marshal the necessary strength and concentration to participate effectively in opposing Defendant's motion.

2. As the Court is well aware, Plaintiff's counsel, the undersigned John W. Davis, has had some serious health problems over the past few years, and just this Spring, counsel was ordered ordered off work by counsel's physicians, who felt that counsel was very likely to have a stroke without the break.

3. In addition, counsel suffers from a seasonal affective disorder that is particularly severe during the Holidays.

4. Counsel has conferred with counsel for the Defendant, and Plaintiff has been authorized to state that Defendant consents to this motion.

WHEREFORE, the above premises considered, Plaintiff Donald S. Johnson respectfully requests that this motion be granted, and Plaintiff's opposition to Defendant's motion for summary judgment be considered timely filed as of January 30, 2017.

        Respectfully submitted,

        _____/s/_____
        John W. Davis D.C. Bar #931600
        1629 K Street, N.W.
        Suite 300
        Washington, D.C. 20006
        (202) 403-2276
        (202) 403-3495 (facsimile)
        jwdalaw@gmail.com

        Attorney for Plaintiff Donald S. Johnson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. JOHNSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 15-1465 (RC) |
| CHARLES F. BOLDEN, JR., | ) |
| Administrator, National Aeronautics | ) |
| and Space Administration, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME , *NUNC PRO TUNC*

As authority for his motion, Plaintiff cites Rule 6(b) of the Federal Rules of Civil Procedure, which gives the Court the authority to manage its calendar, and change the time for any act which must be performed.

Respectfully submitted,

_____/s/_____
John W. Davis D.C. Bar #931600
1629 K Street, N.W.
Suite 300
Washington, D.C.  20006
(202) 403-2276
(202) 403-3495  (facsimile)
jwdalaw@gmail.com

Attorney for Plaintiff Donald S. Johnson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Motion Consent Motion for Extension of Time, *Nunc Pro Tunc,* was served by electronic mail on the following:

Brian J. Field, Esq.
Assistant United States Attorney
555 4th Street, N.W., Room 4288E
Washington, D.C.  20530

Dated:  November 17, 2016

                                                      _____/s/_____
                                                          John W. Davis